UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DYLAN PARKER (#626837)  CIVIL ACTION NO. 5:15-CV-2478;
Plaintiff                SECTION "P"

VERSUS                   JUDGE FOOTE

PARISH OF BIENVILLE, ET AL.,  MAGISTRATE JUDGE HAYES
Defendants

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's § 1983 complaint be **DENIED and DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A and § 1915(e)(2)(b).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this ___ day of _____, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE